United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| OSCAR GEOVANNY HERNANDEZ-AGUILAR, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-3566 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Oscar Geovanny Hernandez-Aguilar, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On June 22, 2026, the respondent filed an Advisory stating that the petitioner had a third country credible fear screening on June 19, 2026, and that a negative determination was made. (Docket Entry No. 12). Review of ICE's *Online Detainee Locator System* indicates that Hernandez-Aguilar is not currently in ICE custody. [1]

**No later than September 30, 2026**, counsel for the petitioner must provide the court with a status update explaining whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner is no longer in custody.

SIGNED on September 25, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

[1] The location of an individual in ICE custody may be found by searching for that person by their A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Sept. 24, 2026).